**Order entered August 11, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00673-CV

## HUNTER-KELSEY OF TEXAS, LLC AND STRONGHILL TEXAS, LLC, Appellants

## V.

## BAPA BROOKLYN 2004, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-03081-E**

## ORDER

Before the Court is appellants' August 7, 2020 agreed motion to extend time to file their opening brief. We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than August 24, 2020.

/s/     BILL WHITEHILL
        JUSTICE